**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00103-CV**
_____

**IN THE INTEREST OF Z.P. AND L.P.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-09-10212-CV**

**MEMORANDUM OPINION**

R.L.P., the father of Z.P. and L.P., appealed from the final order in a proceeding filed by his former spouse that modified a prior order—the order establishing the rights of joint custody between R.L.P. and the mother of Z.P. and L.P. After R.L.P. filed his appeal, the Clerk of the Ninth Court of Appeals sent him notices to explain he needed to establish indigence to proceed in the appeal without paying the required filing fee. But R.L.P. failed to respond to the letters, and R.L.P. never filed evidence to support any allegations claiming indigence. And R.L.P. did not respond to the letters by paying a filing fee in his appeal. *See* Tex. R. App. P. 5, 20.1. Finally, R.L.P. has neither arranged to pay the appellate filing fee or arranged

1

to pay the fee proposed by the District Clerk to secure a clerk's record to support his appeal. *See* Tex. R. App. P. 37.3(b).

On June 16, 2021, the Clerk of the Ninth Court of Appeals notified the parties the Court would dismiss the appeal unless R.L.P. paid the required filing fee. In response to the notice, R.L.P. failed to file any response. In the absence of satisfactory explanations justifying R.L.P.'s failure to pay the filing fee for his appeal and his failure to arrange to pay for a clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on August 25, 2021
Opinion Delivered August 26, 2021

Before Golemon, C.J., Kreger and Horton, JJ.